IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 11-577 X |
| WILLIAM WALLACE WILSON | : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 11-573X |
| ANDY DURIS | : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 11-574 X |
| MICHAEL HOMER | : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 11-580 X |
| JAMES SWAN | : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 11-582 |
| MICHAEL PATTERSON | : | |

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 11-583 |
| VICTOR PHILLIP | : |

## PROTECTIVE ORDER

AND NOW, this  11  day of September, 2012, upon consideration of the government's motion for a protective order, and the responses to the motion, it is ORDERED AND DECREED that the motion is GRANTED.

IT IS FURTHER ORDERED AND DECREED pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure that defense counsel may make such use of the materials relating to government cooperating witnesses as is necessary to prepare for sentencing and for use at any sentencing hearing, including the disclosure of the material to the defendants. Any counsel, defendant, or other person to whom disclosure is made pursuant to this paragraph may not use the materials for any purpose other than preparation for or use at sentencing/sentencing hearings, and may not disclose the materials or information contained in the materials to any third party, except as required to prepare for sentencing or for use at any sentencing hearing. Defense counsel shall maintain custody of all materials relating to government cooperating witnesses and shall not provide copies such materials to the custody of the defendants.

BY THE COURT:

_____
HONORABLE TIMOTHY R. RICE
United States Magistrate Judge